UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MARK ADAM AMIEL, | ) | Case No. CV 11-8032-FMO(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MATTHEW CATE, Warden, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: June 30, 2014

_____/s/_____
Fernando M. Olguin
United States District Judge